# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br> v.<br><br>JOLENE CURTIS,<br><br>    Defendant. | Case No. 3:24-cr-00039-SLG-MMS |

**ORDER RE UNOPPOSED MOTION FOR SPEEDY TRIAL ACT FINDINGS**

  Before the Court at Docket 25 is the Government's Unopposed Motion for Speedy Trial Act Findings. The Motion is hereby GRANTED. The Court finds excludable delay from September 5, 2024 until the date of the Trial Scheduling Conference on September 10, 2024 under 18 U.S.C. § 3161(h)(6) because the defendants are joined for trial and the time for trial has not run as to one defendant and no motion for severance has been granted; under 18 U.S.C. § 3161(h)(7)(A) because the ends of justice will be served by granting this continuance and outweigh the best interest of the public and the defendants in a speedy trial; under 18 U.S.C. § 3161(h)(7)(B)(i) because failure to grant this continuance would result in a miscarriage of justice; and under 18 U.S.C. § 3161(h)(7)(B)(iv) to give defense counsel reasonable time necessary for effective preparation.

  DATED this 19th day of July 2024, at Anchorage, Alaska.

                */s/ Sharon L. Gleason*
                UNITED STATES DISTRICT JUDGE